UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAE WON KIM,<br><br>　　　　　　　　　Plaintiff,<br><br>　- against -<br><br>STAR HYUNDAI, LLC, ZACHARY LINTZ and PHILLIP ROBINSON in their individual capacities as aiders and abettors,<br><br>　　　　　　　　　Defendants. | Case No.: 21-cv-738 (ERK) (CLP)<br><br>STIPULATION |

　　　Plaintiff TAE WON KIM ("Plaintiff") and Defendants STAR HYUNDAI, LLC, ZACHARY LINTZ, and PHILLIP ROBINSON ("Defendants") (together the "Parties") submit this stipulation to dismiss this action, without prejudice, and proceed with binding arbitration under the provisions of Plaintiff's signed Arbitration Agreement ("Arbitration Agreement"), a true and correct copy of which is attached as Exhibit A.

　　　Accordingly, the Parties, by and through their respective counsel of record, stipulate and agree as follows:

　　　WHEREAS, Plaintiff initiated this action by filing the Complaint on or about February 11, 2021 (the "Action"); and

　　　WHEREAS, after receiving notice of the Summons and Complaint, Defendants provided Plaintiff's counsel with the executed Arbitration Agreement;

　　　WHEREAS, Plaintiff's claims raised in this Action are subject to arbitration in accordance with the Arbitration Agreement;

IT IS HEREBY STIPULATED THAT: this action shall be dismissed, without prejudice, and proceed so the Parties may proceed with binding arbitration pursuant to the Arbitration Agreement, Exhibit A.

ZABELL & COLLOTTA, P.C.

By:_____
Christopher K. Collotta, Esq.
1 Corporate Drive, Suite 103
Bohemia, New York 11716
(631) 589-7242
Attorneys for Plaintiff

MILMAN LABUDA LAW GROUP, PLLC

By:_____
Jamie S. Felsen, Esq.
3000 Marcus Ave., Suite 3W8
Lake Success, New York 11042
(516) 328-8899
Attorneys for Defendants

**SO ORDERED:**

_____